UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: BP p.l.c. SECURITIES LITIGATION | § § § | MDL No. 10-md-2185 |
| Robert R. Glenn, Plaintiff, v. BP p.l.c. Defendant. | § § § § § § § | Civil Action No. 13-cv-3660 HON. KEITH P. ELLISON |

## FINAL JUDGMENT

On June 18, 2014, this Court issued a memorandum and order granting Defendant BP p.l.c.'s motion to dismiss. Based on the facts, analysis, and conclusions of law set forth in that order, the Court renders judgment for Defendant and declares that:

1. Plaintiff Robert R. Glenn has stipulated that the courts of England are an available and adequate alternative forum for his claims on the basis of representations made by Defendant regarding its amenability to process in England and the cognizability of Plaintiff's claims there.

2. This case is dismissed on forum non conveniens grounds because the balance of private and public interest factors weigh strongly in favor of England as a more appropriate forum for this litigation.

3. This Court may reassert jurisdiction upon timely notification if the courts of England refuse to accept jurisdiction for reasons other than Plaintiff's failure to comply with the procedural requirements of those courts.

All costs are taxed against the parties incurring same. This is a FINAL JUDGMENT.

**SIGNED** at Houston, Texas, on this the nineteenth day of June, 2014.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE