**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re BP p.l.c. Securities Litigation | MDL No.  4:10-MD-02185 |
| Robert R. Glenn, | |
| Plaintiff, | Civil Action No.  4:13-cv-03660 |
| v. | |
| BP p.l.c., | Honorable Keith P. Ellison |
| Defendant. | |

## NOTICE OF APPEAL

NOTICE is hereby given that Plaintiff Robert R. Glenn, on his own behalf and as the representative of the putative class of similarly situated record holders as of May 7, 2010 of American Depositary Shares of Defendant BP p.l.c., seeking to be certified in the above-named action, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this action on June 19, 2014 (Docket Document No. 23) and all adverse orders and rulings embraced therein, including, but not limited to, the Memorandum and Order entered in this action on June 18, 2014 (Docket Document No. 22).

DATED this 18th day of July.

Respectfully submitted,

   /s/ Mark W. Collmer
Mark W. Collmer
COLLMER LAW GROUP
1221 Lamar Street, Suite 1302
Houston, TX  77010
Tel:  (713) 337-4040
Fax:  (713) 337-4044

*Attorney for Plaintiff Robert R. Glenn*

OF COUNSEL:

Steve D. Larson
Keith A. Ketterling
Jennifer S. Wagner
Jacob S. Gill
Stoll Stoll Berne Lokting &
Shlachter P.C.
209 S.W. Oak Street, 5th Floor
Portland, OR  97204
Tel:  (503) 227-1600
Fax:  (503) 227-6840

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEAL has

been served through the Court's ECF filing and notification system on this 18th day of July,

2014.

                                        /s/ Mark W. Collmer
                                    Mark W. Collmer