United States District Court
Southern District of Texas
FILED

JUN 02 2015

David J. Bradley, Clerk of Court

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
May 11, 2015
Lyle W. Cayce
Clerk

No. 14-20466

D.C. Docket No. 4:13-CV-3660

ROBERT R. GLENN, on behalf of himself and all others similarly situated,

       Plaintiff - Appellant

v.

BP, P.L.C.,

       Defendant - Appellee

Certified as a true copy and issued
as the mandate on Jun 02, 2015

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Appeal from the United States District Court for the
Southern District of Texas, Houston

Before DAVIS and CLEMENT, Circuit Judges, and ROSENTHAL, District Judge.*

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

---

* District Judge of the Southern District of Texas, sitting by designation.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

June 02, 2015

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 14-20466    Robert Glenn v. BP, P.L.C.  
                          USDC No. 4:13-CV-3660 cons w/  
    No. 14-20499    Robert Glenn v. BP, P.L.C.  
                          USDC No. 4:10-MD-2185

Dear Mr. Bradley,

Enclosed is a copy of the judgments issued as the mandates and a copy of the court's opinion.

                                            Sincerely,

                                            LYLE W. CAYCE, Clerk

                                            By: _____  
                                            Christina A. Gardner, Deputy Clerk  
                                            504-310-7684

cc:    Ms. Amanda Flug Davidoff  
       Mr. Marc De Leeuw  
       Mr. Mark A. Friel  
       Mr. Keith A. Ketterling  
       Mr. Daryl A. Libow  
       Mr. Richard C. Pepperman II  
       Mr. Thomas Wilson Taylor  
       Ms. Jennifer S. Wagner